# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 1, 2021

## NO. 03-19-00847-CV

**Guillette & Companies, LLC, Appellant**

**v.**

**Patrick Arnzen, Appellee**

### APPEAL FROM 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
### VACATED AND DISMISSED AS MOOT-- OPINION BY JUSTICE BAKER

This is an appeal from the judgment entered by the trial court on August 26, 2019. Having reviewed the record and the parties' arguments, it appears that this cause is moot. Therefore, the Court vacates the trial court's judgment as to appellant and dismisses the case as moot. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.